NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 13 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OSCAR RAFAEL ALVARADO HENRIQUEZ, AKA Oscar R. Alvarado, AKA Oscar Rafael Alvarado-Henriquez, <br><br> Petitioner-Appellant, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; WENDELL ANDERSON, Sheriff Coroner of Yuba County, <br><br> Respondents-Appellees. | No. 19-16790 <br><br> D.C. No. 2:18-cv-03128-KJM-KJN <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted May 6, 2020**

Before:    BERZON, N.R. SMITH, and MILLER, Circuit Judges.

Former federal prisoner Oscar Rafael Alvarado Henriquez appeals pro se

from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas corpus

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

petition and denying his motion for stay of removal. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

On appeal, Henriquez challenges only the dismissal of his § 2241 habeas petition, contending the district court erred by failing to address the merits of his petition. We review de novo. *See Alaimalo v. United States*, 645 F.3d 1042, 1047 (9th Cir. 2011). The district court properly concluded that Henriquez cannot bring a § 2241 habeas petition under the escape hatch of 28 U.S.C. § 2255(e). Henriquez did not establish that he is actually innocent of the crime of conviction. *See Stephens v. Herrera*, 464 F.3d 895, 898 (9th Cir. 2006). Moreover, Henriquez cannot demonstrate that he has not had an "unobstructed procedural shot" at presenting his claims; he could have raised them in a timely 28 U.S.C. § 2255 motion and may still seek other collateral relief in the sentencing court. *See Harrison v. Ollison*, 519 F.3d 952, 960-61 (9th Cir. 2008). Accordingly, the district court properly dismissed Henriquez's petition for lack of jurisdiction. *See id.* at 961-62.

Appellee's motion to take judicial notice is granted.

**AFFIRMED.**